DeMAEGHT *v.* GUSTAFSON.

Appeal and Error—Negligence—Contributory Negligence—Trial
· Court Finding.

>    Finding of trial judge in negligence case arising out of inter-
>    section collision that both plaintiff and defendant were guilty
>    of negligence *held*, supported by record and not clearly er-
>    roneous.

Appeal from Macomb; Cynar (Walter P.), J.
Submitted Division 2 June 4, 1968, at Lansing.
(Docket No. 3,510.)  Decided June 24, 1968.

Complaint by Jules DeMaeght and Martha De-
Maeght against Eino Gustafson and Arthur William
Boyden, III, for damages for personal injuries suf-
fered in an automobile collision at an intersection.
Judgment for defendant. Plaintiff appeals. Af-
firmed.

*Mary Jane Liddy* and *John G. Cross,* for plain-
tiffs.

*Becker, Mitchell, Phillips, Zanglin & Vann,* for
defendants.

Per Curiam. The trial judge, sitting without a
jury, found as a matter of fact both plaintiff and
defendant guilty of negligence.  Upon appeal the

Reference for Points in Headnote
5 Am Jur 2d, Appeal and Error § 839.

plaintiff raises the basic issue of the sufficiency of evidence. A review of the record supports the finding of fact by the trial judge. The finding not being clearly erroneous, we affirm.

Costs to appellees.

LESINSKI, C. J., and BURNS and FENLON, JJ., concurred.